FILED

MAR 30 2026

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| JORDAN TALLEY-SMITH, | ) |
| | ) |
| **Plaintiff** | ) |
| | ) **Case No.:** |
| v. | ) 2:25-cv-00252-GSL-AZ |
| | ) |
| E. HUERTA, et al., | ) |
| | ) |
| **Defendants** | ) |

---

### AFFIDAVIT OF INDIGENCY
*(In Support of Motion for Leave to Proceed In Forma Pauperis on Appeal)*

---

I, **Jordan Talley-Smith**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

## 1. Employment and Income

I am currently **unemployed** and have no stable or reliable source of income.

My loss of income stems from multiple unresolved legal and administrative matters, including:

- wrongful termination from prior employment,
- disruption of unemployment benefits,
- and ongoing litigation affecting my ability to secure work.

I do not receive wages or consistent income. Any occasional support or assistance is **minimal, irregular, and insufficient** to meet basic living needs.

---

## 2. Assets

I do not own real property or significant financial assets.

My bank account balances are minimal and insufficient to cover ordinary living expenses.

I do not maintain savings, investments, retirement accounts, or other liquid assets.

---

## 3. Vehicle / Property Status (Clarification)

I previously possessed a vehicle used for daily transportation and economic activity.

That vehicle:

- was **not personal property,**
- was held as a **trust asset,** and
- was registered under a **federally recognized private motor carrier framework** (including USDOT registration).

The vehicle was **seized on February 28, 2025** and has not been returned.

As a result:

- I have been deprived of transportation,
- my ability to generate income has been impaired, and
- I no longer have access to that asset in any practical sense.

## 4. Monthly Obligations and Financial Condition

My monthly obligations include housing, utilities, food, and other basic necessities.

My expenses **exceed my available resources,** and I am unable to meet financial obligations without hardship.

I also face ongoing litigation-related expenses in both federal and state courts, which further strain my limited resources.

## 5. Dependents and Household Contributions

I contribute to household expenses and support obligations despite lacking stable income.

My financial position requires prioritizing basic living necessities over any discretionary expenditures.

## 6. Inability to Pay Appellate Fees

I am **unable to pay the appellate filing fees** associated with this appeal without:

- foregoing basic necessities, or
- incurring substantial hardship.

Payment of such fees would effectively deny me access to appellate review.

## 7. Purpose of Affidavit

This affidavit is submitted **solely for the purpose of establishing indigency** and supporting my request to proceed in forma pauperis on appeal.

It is **not submitted to argue the merits of the appeal**, but only to demonstrate financial inability to pay.

## DECLARATION

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30 day of **March, 2026**.

**Sign:** _Talley-Smith Jordan_

Jordan Talley-Smith, Affiant